# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LUCIUS JAMES CASTILLE

NO. 2023 KW 0777

**OCTOBER 10, 2023**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0552-F-2023.

---

BEFORE:    **McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT